UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JOSE ALPHONSO SANTOS,

                Plaintiff,            **ECF CASE**

    v.

                                                             08 Civ. 1296 (NRB)

ANDREA QUARANTILLO, et al.,

                Defendants.        <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         February 21, 2008

                                                             Respectfully submitted,

                                                            MICHAEL J. GARCIA
                                                           United States Attorney for the
                                                           Southern District of New York

                                 By:   /s/ _____
                                                            KIRTI VAIDYA REDDY
                                                            Assistant United States Attorney
                                                            86 Chambers Street, 3rd Floor
                                                            New York, New York 10007
                                                            Telephone: (212) 637-2751
                                                            Facsimile: (212) 637-2786
                                                            Email: kirti.reddy@usdoj.gov

To:    Earl Ian Laidlow, Esq.
        225 Broadway, Suite 1410
        New York, NY 10007