UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE ALPHONSO SANTOS,

              Plaintiff,

-against-

ANDREA QUARANTILLO, District Director,
New York District of the U.S. Citizenship and
Immigration Services; UNITED STATES
CITIZENSHIP & IMMIGRATION SERVICES,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND ORDER

08 Civ 01296 (NRB)

A# 36 559 461

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/08

ORIGINAL

        IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
       April 9th, 2008

By: _____
EARL IAN LAIDLOW
Earl Ian Laidlow Esq. P.C.
Attorneys for Plaintiff
225 Broadway, Suite 1410
New York, NY 10007
Telephone No.: (212) 233-4600

Dated: New York, New York
April 5, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
KIRTI VAIDYA REDDY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone No.: (212) 637-2751

SO ORDERED:

_____
USJS
4/10/08